# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:  §
 §
COOKIES FRESCO, CORP.  §  Case No. 13-16601
 §
Debtor(s)  §

## SUCCESSOR TRUSTEE'S FINAL REPORT (TFR)

The undersigned successor trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on         . The case was converted to one under Chapter 7 on           . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/B.HELMS, SUCCESSOR TRUSTEE_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 13-16601 | Judge: DONALD R. CASSLING | Trustee Name: | B.HELMS, SUCCESSOR TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | COOKIES FRESCO, CORP. | | Date Filed (f) or Converted (c): | 06/19/13 (c) |
| | | | 341(a) Meeting Date: | 07/16/13 |
| For Period Ending: | 09/30/14 | | Claims Bar Date: | 12/06/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. $300.00 Cash Location: 580 N. Michigan St., Elmhurst IL 60126 | 300.00 | 300.00 | | 0.00 | FA |
| 2. Bank of America | 100.00 | 100.00 | | 0.00 | FA |
| 3. MB Financial | 100.00 | 100.00 | | 0.00 | FA |
| 4. Commonwealth Edison Deposit with Landlord Elmhurst Asset Management Partners L/P | Unknown | 0.00 | | 0.00 | FA |
| 5. Walmart Lobster Gram Location: 580 N. Michigan St., Elmhurst IL 60126 | Unknown | 0.00 | | 0.00 | FA |
| 6. Computer and Printer Location: 580 N. Michigan St., Elmhurst IL 60126 | 300.00 | 300.00 | | 0.00 | FA |
| 7. Printer, Computer, Etc Business 580 Michigan | Unknown | 0.00 | | 0.00 | FA |
| 8. Ovens, Coolers, Freezers, Tables and Baking Equiptment Location: 580 N. Michigan St., Elmhurst IL 60126 | 100,000.00 | 100,000.00 | | 10,375.00 | FA |
| 9. Flour and Baking Ingredients, Packaging Boxes | 5,000.00 | 5,000.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $105,800.00 | $105,800.00 | | $10,375.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Liquidated assets in store. Reviewing transfers & related issues.

Motion to Employ Accountant for tax returns granted on 12/18/2013. Tax returns pending.

Successor Trustee appointed 4/16/14

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: 13-16601   Judge: DONALD R. CASSLING | Trustee Name: | B.HELMS, SUCCESSOR TRUSTEE |
| Case Name: COOKIES FRESCO, CORP. | Date Filed (f) or Converted (c): | 06/19/13 (c) |
| | 341(a) Meeting Date: | 07/16/13 |
| | Claims Bar Date: | 12/06/13 |

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 13-16601 -CAS | | Trustee Name: | B.HELMS, SUCCESSOR TRUSTEE |
|---|---|---|---|---|
| Case Name: | COOKIES FRESCO, CORP. | | Bank Name: | Green Bank |
| | | | Account Number / CD #: | *******0101 Checking Account |
| Taxpayer ID No: | *******1602 | | | |
| For Period Ending: | 09/30/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/01/13 | 8 | American Auction Associates, Inc. 8515 S. Thomas Ave. Bridgeview, IL 60455 | Sale proceeds | 1129-000 | 10,375.00 | | 10,375.00 |
| 08/26/13 | 003001 | American Auction Associates, Inc. 8515 South Thomas Avenue Bridgeview, IL 60455 | Reimbursement of expenses from auction on 7/24/2013         3620-000      $-2,690.00 | 3620-000 | | 2,690.00 | 7,685.00 |
| 08/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 16.72 | 7,668.28 |
| 09/30/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 11.17 | 7,657.11 |
| 10/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 12.35 | 7,644.76 |
| 11/29/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 12.33 | 7,632.43 |
| 12/31/13 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 | | 11.91 | 7,620.52 |
| 01/31/14 | | Green Bank US Trustee Services 2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 13.09 | 7,607.43 |

Page Subtotals     10,375.00     2,767.57

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-16601 -CAS | Trustee Name: | B.HELMS, SUCCESSOR TRUSTEE |
|---|---|---|---|
| Case Name: | COOKIES FRESCO, CORP. | Bank Name: | Green Bank |
|  |  | Account Number / CD #: | *******0101 Checking Account |
| Taxpayer ID No: | *******1602 |  |  |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/14 |  | Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 |  | 11.08 | 7,596.35 |
| 03/31/14 |  | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>Green Bank | Bank Service Fee | 2600-000 |  | 11.46 | 7,584.89 |
| 04/02/14 | 003002 | US Trustee Services<br>2900 North Loop West, Suite 200<br>Houston, TX 77092<br>INTERNATIONAL SURETIES, LTD<br>701 POYDRAS STREET<br>SUITE 420<br>NEW ORLEANS, LA 70139 | Blanket bond #016026455 2/01/14<br>to 2/10/15<br>            2300-000            $-6.29 | 2300-000 |  | 6.29 | 7,578.60 |
| 04/30/14 |  | Green Bank | Bank Service Fee | 2600-000 |  | 10.65 | 7,567.95 |
| 05/02/14 |  | Transfer to Acct #*******1772 | Bank Funds Transfer | 9999-000 |  | 7,567.95 | 0.00 |

|  |  |  |  |
|---|---|---|---|
|  | COLUMN TOTALS | 10,375.00 | 10,375.00 | 0.00 |
|  | Less: Bank Transfers/CD's | 0.00 | 7,567.95 |  |
| Subtotal |  | 10,375.00 | 2,807.05 |  |
|  | Less: Payments to Debtors |  | 0.00 |  |
| Net |  | 10,375.00 | 2,807.05 |  |

Page Subtotals            0.00            7,607.43

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 18.02

FORM 2

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 13-16601 -CAS | Trustee Name: | B.HELMS, SUCCESSOR TRUSTEE |
|---|---|---|---|
| Case Name: | COOKIES FRESCO, CORP. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1772 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1602 | | |
| For Period Ending: | 09/30/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | | Transfer from Acct #*******0101 | Bank Funds Transfer | 9999-000 | 7,567.95 | | 7,567.95 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.25 | 7,556.70 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,567.95 | 11.25 | 7,556.70 |
| Less: Bank Transfers/CD's | 7,567.95 | 0.00 | |
| Subtotal | 0.00 | 11.25 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 11.25 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0101 | 10,375.00 | 2,807.05 | 0.00 |
| Checking Account (Non-Interest Earn - ********1772 | 0.00 | 11.25 | 7,556.70 |
| | ----------------- | ----------------- | ----------------- |
| | 10,375.00 | 2,818.30 | 7,556.70 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

　　　　　/s/　　B.HELMS, SUCCESSOR TRUSTEE
Trustee's Signature: _____  Date: 10/21/14
　　　　　B.HELMS, SUCCESSOR TRUSTEE

Page Subtotals　　7,567.95　　11.25

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 18.02

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 21, 2014 |

Case Number: 13-16601  
Debtor Name: COOKIES FRESCO, CORP.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7<br>001<br>2950-00 | Office of the U.S. Trustee<br>219 South Dearborn St.<br>Room 873<br>Chicago, IL 60604 | Administrative | | $0.00 | $325.00 | $325.00 |
| | Subtotal for Priority 001 | | | $0.00 | $325.00 | $325.00 |
| 200<br>3410-00 | Alan D. Lasko & Associates, P.C.<br>29 S. LaSalle St.<br>Chicago, IL 60603 | Administrative | | $0.00 | $60.52 | $60.52 |
| 200<br>2100-00 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Administrative | Orig Allowed: 1787.50 | $0.00 | $1,787.50 | $1,787.50 |
| 200<br>3110-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Administrative | | $0.00 | $2,080.00 | $2,080.00 |
| 200<br>3120-00 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Administrative | | $0.00 | $88.06 | $88.06 |
| 200<br>3410-00 | Alan D. Lasko & Associates, P.C.<br>29 S. LaSalle St.<br>Chicago, IL 60603 | Administrative | | $0.00 | $2,500.00 | $2,500.00 |
| | Subtotal for Priority 200 | | | $0.00 | $6,516.08 | $6,516.08 |
| 11<br>570<br>5800-00 | RL Food Testing Laboratory, Inc.<br>1508 Silver Shadow Drive<br>Newbury Park, CA 91320 | Priority | Not valid priority claim; cost of pursuing objection would outweigh benefit | $0.00 | $750.00 | $750.00 |
| 12<br>570<br>5800-00 | Department of Treasury-Internal<br>Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 | Priority | | $0.00 | $13,153.30 | $13,153.30 |
| 13<br>570<br>5800-00 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P. O. Box 64338<br>Chicago, IL 606640338 | Priority | | $0.00 | $3,521.31 | $3,521.31 |
| | Subtotal for Priority 570 | | | $0.00 | $17,424.61 | $17,424.61 |
| 1<br>610<br>7100-00 | Chicago Pastry Inc<br>142 N. Bloomingdale Road<br>Bloomingdale, IL 60108 | Unsecured | | $7,405.56 | $7,230.38 | $7,230.38 |
| 10<br>610<br>7100-00 | Robert Yee<br>1972 N Crenshaw Circle<br>Vernon Hills, IL 600611243 | Unsecured | | $0.00 | $16,500.00 | $16,500.00 |
| 12a<br>610<br>7100-00 | Department of Treasury-Internal<br>Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 | Unsecured | | $0.00 | $2,744.36 | $2,744.36 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 21, 2014 |
|---|---|---|---|---|---|---|

Case Number: 13-16601  
Debtor Name: COOKIES FRESCO, CORP.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 13a<br>610<br>7100-00 | Illinois Department Of Revenue<br>Bankruptcy Section<br>P. O. Box 64338<br>Chicago, IL  606640338 | Unsecured | | $0.00 | $801.55 | $801.55 |
| 14<br>610<br>7100-00 | Brian Vosseller<br>658 Indiana<br>Elmhurst,IL 60126 | Unsecured | | $0.00 | $60,000.00 | $60,000.00 |
| 15<br>610<br>7100-00 | N & L Miller Family Limited Partnership<br>DBA New Method Packaging<br>1805 Commerce Rd<br>Springfield, OH 45504 | Unsecured | | $0.00 | $720.00 | $720.00 |
| 16<br>610<br>7100-00 | John and Nancy Harmon<br>496 Sheridan Lane<br>Schaumburg, IL 60193 | Unsecured | | $0.00 | $32,500.00 | $32,500.00 |
| 17<br>610<br>7100-00 | C.H. Robinson Worldwide, Inc<br>14701 Charlson Road<br>Eden Prairie, MN 55347 | Unsecured | | $0.00 | $225.00 | $225.00 |
| 2<br>610<br>7100-00 | Brian Vosseller<br>658 Indiana<br>Elmhurst, IL  60126 | Unsecured | | $0.00 | $60,000.00 | $60,000.00 |
| 3<br>610<br>7100-00 | Richard H Jung<br>910 S Michigan Ave<br>#817<br>Chicago, IL  60605 | Unsecured | | $0.00 | $19,500.00 | $19,500.00 |
| 4<br>610<br>7100-00 | James Yee<br>547 N Edgewood Ave<br>LaGrage Pk, IL  60526 | Unsecured | | $0.00 | $50,000.00 | $50,000.00 |
| 5<br>610<br>7100-00 | Robert Yee<br>1972 N Crenshaw Circle<br>Vernon Hills, IL  600611243 | Unsecured | | $0.00 | $15,000.00 | $15,000.00 |
| 6<br>610<br>7100-00 | Steven Kajita<br>701 Harms Rd<br>Glenview, IL  60025 | Unsecured | | $0.00 | $20,000.00 | $20,000.00 |
| 8<br>610<br>7100-00 | Asset Management Partners Inc<br>Wesley Zaba<br>200 E Chicago Avenue Suite 200<br>Westmont, IL  60559 | Unsecured | | $0.00 | $35,129.50 | $35,129.50 |
| 9<br>610<br>7100-00 | Dominic & Markatte Verlotta<br>10005 Franklin Ave<br>Franklin Park, IL  60131 | Unsecured | | $50,000.00 | $55,000.00 | $55,000.00 |
| | Subtotal for Priority 610 | | | $57,405.56 | $375,350.79 | $375,350.79 |

| | EXHIBIT C | |
|---|---|---|
| Page 3 | ANALYSIS OF CLAIMS REGISTER | Date: October 21, 2014 |

Case Number: 13-16601  
Debtor Name: COOKIES FRESCO, CORP.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $57,405.56 | $399,616.48 | $399,616.48 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

SUCCESSOR TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-16601  
Case Name: COOKIES FRESCO, CORP.  
Trustee Name: B.HELMS, SUCCESSOR TRUSTEE

    Balance on hand                                               $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: D. GROCHOCINSKI, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: InnovaLaw, PC | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ | $ | $ |
| Fees: Office of the U.S. Trustee | $ | $ | $ |
| Other: InnovaLaw, PC | $ | $ | $ |
| Other: Alan D. Lasko & Associates, P.C. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses           $_____

    Remaining Balance                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | RL Food Testing Laboratory, Inc. | $ | $ | $ |
| 12 | Department of Treasury-Internal Revenue Service | $ | $ | $ |
| 13 | Illinois Department Of Revenue | $ | $ | $ |

Total to be paid to priority creditors                $_____

Remaining Balance                                      $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chicago Pastry Inc | $ | $ | $ |
| 2 | Brian Vosseller | $ | $ | $ |
| 3 | Richard H Jung | $ | $ | $ |
| 4 | James Yee | $ | $ | $ |
| 5 | Robert Yee | $ | $ | $ |
| 6 | Steven Kajita | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Asset Management Partners Inc | $ | $ | $ |
| 9 | Dominic & Markatte Verlotta | $ | $ | $ |
| 10 | Robert Yee | $ | $ | $ |
| 12a | Department of Treasury-Internal Revenue Service | $ | $ | $ |
| 13a | Illinois Department Of Revenue | $ | $ | $ |
| 14 | Brian Vosseller | $ | $ | $ |
| 15 | N & L Miller Family Limited Partnership | $ | $ | $ |
| 16 | John and Nancy Harmon | $ | $ | $ |
| 17 | C.H. Robinson Worldwide, Inc | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE