UNITED STATES BANKRUPTCY COURT

NORTHERN  DISTRICT OF  ILLINOIS

In re:                                   §
                                         §
COOKIES FRESCO, CORP.                    §     Case No. 13-16601
                                         §
                                         §
        Debtor(s)                        §

NOTICE OF SUCCESSOR TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that B. HELMS, SUCCESSOR trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/20/2014 in Courtroom 742,

          Dirksen Federal Building
          219 S. Dearborn St.
          Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____
                                           CLERK OF U.S. BANKRUPTCY
                                                   COURT


*B. HELMS, SUCCESSOR TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
COOKIES FRESCO, CORP. §  Case No. 13-16601
§
Debtor(s) §

SUMMARY OF SUCCESSOR TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 10,375.00 |
| and approved disbursements of | $ 2,818.30 |
| leaving a balance on hand of[1] | $ 7,556.70 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: D. GROCHOCINSKI, TRUSTEE | $ 1,787.50 | $ 0.00 | $ 1,787.50 |
| Attorney for Trustee Fees: InnovaLaw, PC | $ 2,080.00 | $ 0.00 | $ 2,080.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 2,500.00 | $ 0.00 | $ 2,500.00 |
| Fees: Office of the U.S. Trustee | $ 325.00 | $ 0.00 | $ 325.00 |
| Other: InnovaLaw, PC | $ 88.06 | $ 0.00 | $ 88.06 |
| Other: Alan D. Lasko & Associates, P.C. | $ 60.52 | $ 0.00 | $ 60.52 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,841.08 |
| Remaining Balance | $ 715.62 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 17,424.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | RL Food Testing Laboratory, Inc. | $ 750.00 | $ 0.00 | $ 30.80 |
| 12 | Department of Treasury-Internal Revenue Service | $ 13,153.30 | $ 0.00 | $ 540.20 |
| 13 | Illinois Department Of Revenue | $ 3,521.31 | $ 0.00 | $ 144.62 |
| | Total to be paid to priority creditors | | $ | 715.62 |
| | Remaining Balance | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 375,350.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chicago Pastry Inc | $ 7,230.38 | $ 0.00 | $ 0.00 |
| 2 | Brian Vosseller | $ 60,000.00 | $ 0.00 | $ 0.00 |
| 3 | Richard H Jung | $ 19,500.00 | $ 0.00 | $ 0.00 |
| 4 | James Yee | $ 50,000.00 | $ 0.00 | $ 0.00 |
| 5 | Robert Yee | $ 15,000.00 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Steven Kajita | $ 20,000.00 | $ 0.00 | $ 0.00 |
| 8 | Asset Management Partners Inc | $ 35,129.50 | $ 0.00 | $ 0.00 |
| 9 | Dominic & Markatte Verlotta | $ 55,000.00 | $ 0.00 | $ 0.00 |
| 10 | Robert Yee | $ 16,500.00 | $ 0.00 | $ 0.00 |
| 12a | Department of Treasury-Internal Revenue Service | $ 2,744.36 | $ 0.00 | $ 0.00 |
| 13a | Illinois Department Of Revenue | $ 801.55 | $ 0.00 | $ 0.00 |
| 14 | Brian Vosseller | $ 60,000.00 | $ 0.00 | $ 0.00 |
| 15 | N & L Miller Family Limited Partnership | $ 720.00 | $ 0.00 | $ 0.00 |
| 16 | John and Nancy Harmon | $ 32,500.00 | $ 0.00 | $ 0.00 |
| 17 | C.H. Robinson Worldwide, Inc | $ 225.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____

B. HELMS, SUCCESSOR TRUSTEE
3400 W. LAWRENCE AVENUE
CHICAGO, IL 60625

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                           United States Bankruptcy Court
                            Northern District of Illinois
In re:                                                              Case No. 13-16601-CAD
Cookies Fresco, Corp.                                               Chapter 7
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0752-1          User: esullivan              Page 1 of 2                  Date Rcvd: Oct 27, 2014
                              Form ID: pdf006              Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2014.
db           +Cookies Fresco, Corp.,    580  N. Michigan St.,    Elmhurst, IL 60126-1934
20880512     +200 E. Chicago Avenue,    Suite 200,    Westmont, IL 60559-1756
20366061    +++Asset Management Partners Inc,    Wesley Zaba,    200 E Chicago Avenue Suite 200,
               Westmont, IL 60559-1756
20586638     +Brian Vosseller,    658 Indiana,    Elmhurst,IL 60126-1951
21290222     +C.H. Robinson Worldwide, Inc,    14701 Charlson Road,    Eden Prairie, MN 55347-5076
20366059     +Chicago Pastry Inc,    142 N. Bloomingdale Road,    Bloomingdale, IL 60108-1017
20736368     +Dick Delauder,    Addison, IL 60101
20899228     +Dominic & Markatte Verlotta,    10005 Franklin Ave,    Franklin Park, IL 60131-1817
20366060     +Dominic Verlotta & Marketta Verlo,    10005 Franklin Avenue,    Franklin Park, IL 60131-1817
20736360     +Dr Steve Kajita,    701 Harms Rd,    Glenview, IL 60025-3439
20366062     +Elmhurt Asset Mgmt. Partners, L.P.,    608 N. Michigan St.,    Suite F,    Elmhurst, IL 60126-1949
20366063     +Hisashi Suzuki a/k/a Bill Suzuki,    116 E. Barrett Lane,    Schaumburg, IL 60193-2908
20941390      Illinois Department Of Revenue,    Bankruptcy Section,    P. O. Box 64338,
               Chicago, Illinois 60664-0338
20366064     +James Schwab,    15 W. 504 Victory Parkway,    Elmhurst, IL 60126-1312
20613668     +James Yee,    547 N Edgewood Ave,    LaGrage Pk, IL 60526-4374
20366065     +Janet Schwab,    15 W. 504 Victory Parkway,    Elmhurst, IL 60126-1312
20736361      Jeff Fellippeli,    N Hermitage,    Chicago, IL
20736363      John & Nancy Harmon,    196 S Sheridan Ln,    Schaumburg, IL 60193
20736364     +John Ellis,    Regent Shade and Blinc,    917 W Irving Park Rd,    Chicago, IL 60613-4585
21246200     +John and Nancy Harmon,    496 Sheridan Lane,    Schaumburg, IL 60193-2928
20366066     +Kellog Law Group, LLC,    525 West Hawthorn Place,    Suite 901,    Chicago, IL 60657-2902
20736365      Lou Beccavin,    Lisel, IL
20366068     +Michael A. Maciejewski, Ltd.,    970 Oaklawn Avenue,    Elmhurst, IL 60126-1000
21146971     +N & L Miller Family Limited Partnership,    DBA New Method Packaging,    1805 Commerce Rd,
               Springfield, OH 45504-2019
20366069     +New Method Packaging,    1805 Commerce Rd,    Springfield, OH 45504-2019
20915992     +RL Food Testing Laboratory, Inc.,    1508 Silver Shadow Drive,    Newbury Park, CA 91320-3524
20366070     +RL Food Testing Laboratory, Inc.,    3976 Ceanothus Place,    Suite B,    Calabasas, CA 91302-2915
20736370     +Reis,    188 W Idustrial Drive Suite 422,    Elmhurst, IL 60126-1612
20596902     +Richard H Jung,    910 S Michigan Ave,    #817,    Chicago, IL 60605-2272
20624361      Robert Yee,    1972 N Crenshaw Circle,    Vernon Hills, IL 60061-1243
20366071     +Rock Ten CP., LLC,    504 Thrasher St,    Norcross, GA 30071-1914
20366072      RockTenn,    1915 Morrissy Drive,    Bloomington, IL 61704
20366073    #+Runge Paper Company, Inc.,    2201 Arthur Avenue,    Elk Grove Village, IL 60007-6010
20366074      Sign Works, Inc.,    584 County Line Road,    Bensenville, IL 60106-3201
20719996     +Steven K Kajita,    701 Harms Rd,    Glenview, IL 60025-3439
20716454     +Steven Kajita,    701 Harms Rd,    Glenview, IL 60025-3439
20366076     +The CKB Firm,    30 North LaSalle Street,    Suite 1520,    Chicago, IL 60602-3387
20736366      Waynne Nakaji,    Carlsbad, CA

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20907495     +E-mail/Text: cio.bncmail@irs.gov Oct 28 2014 01:15:15
               Department of Treasury-Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
20758292     +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Oct 28 2014 01:15:49      Office of the U.S. Trustee,
               219 South Dearborn St.,    Room 873,    Chicago, IL 60604-2027
                                                                                              TOTAL: 2


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20736369      Dr James Yee
20736362      Joe Macmulch & Mike Hulingwe,    Indiana
20880514*    +200 E. Chicago Avenue,    Suite 200,    Westmont, IL 60559-1756
20366067*    +Kellog Law Group, LLC,    525 West Hawthorn Place,    Suite 901,    Chicago, IL 60657-2902
20366075*    +Sign Works, Inc.,    584 County Line Rd,    Bensenville, IL 60106-3201
20736367    ##+Akira Fukushima,    20349 Anza Ave Apt 29,    Torrance, CA 90503-7411
20366077    ##+z baking company,    6160 Oakton Avenue,    Morton Grove, IL 60053-2720
                                                                                  TOTALS: 2, * 3, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: esullivan            Page 2 of 2                  Date Rcvd: Oct 27, 2014
                              Form ID: pdf006            Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2014                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 24, 2014 at the address(es) listed below:
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
              Kimberly   Bacher    on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
               kimberly.bacher@usdoj.gov;kimberlyabacher@hotmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas W McEvoy    on behalf of Debtor    Cookies Fresco, Corp. tommcevoy@msn.com
              Wesley  Zaba   on behalf of Creditor    Elmhurst Asset Management Partners, L.P.
               wzaba@zabalawgroup.com
                                                                                             TOTAL: 5
```