UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                          §
                                                §
COOKIES FRESCO, CORP.                           §         Case No. 13-16601
                                                §
            Debtor(s)                           §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter   on   , and it was converted to chapter 7 on   . The case was pending for   months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Akira Fukushima 20349 Anza Ave. Apt. 29 Torrance, CA 90503 | | | | | |
| | Brian Vosseller | | | | | |
| | Dick Delauder Addison, IL | | | | | |
| | Dr. James Yee | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dr. Steve Kajita 701 Harms Rd. Glenview, IL 60025 | | | | | |
| | James Yee | | | | | |
| | Jeff Fellippeli N. Hermitage Chicago, IL | | | | | |
| | Joe Macmulch & Mike Hulingwe Indiana | | | | | |
| | John & Nancy Harmon 196 S. Sheridan Ln. Schaumburg, IL 60193 | | | | | |
| | John Ellis % Regent Shade and Blinc 917 W. Irving Park Rd. Chicago, IL 60613 | | | | | |
| | Lou Beccavin Lisle, IL | | | | | |
| | Richard H. Jung | | | | | |
| | Waynne Nakaji Carlsbad, CA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID E. GROCHOCINSKI | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| Green Bank | | | | | |
| OFFICE OF THE U.S. TRUSTEE | | | | | |
| INNOVALAW, PC | | | | | |
| INNOVALAW, PC | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| ALAN D. LASKO & ASSOCIATES, P.C. | | | | | |
| American Auction Associates, Inc. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | DEPARTMENT OF TREASURY-INTERNAL REV | | | | | |
| 13 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 11 | RL FOOD TESTING LABORATORY, INC. | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elmhurst Asset Mgmt. Partners, LP 608 N. Michigan St Suite F Elmhurst, IL 60126 | | | | | |
| | Kellog Law Group, LLC 525 West Hawthorn Place Suite 901 Chicago, IL 60657 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | New Method Packaging 1805 Commerce Rd Springfield, OH 45504 | | | | | |
| | REIS 188 W. Industrial Drive Suite 422 Elmhurst, IL 60126-1623 | | | | | |
| | RL Foodtesting Laboratory, Inc. 3976 Ceanothus Place Suite B Calabasas, CA 91302 | | | | | |
| | Rock Ten CP., LLC 504 Thrasher St Norcross, GA 30071 | | | | | |
| | RockTenn 1915 Morrissy Drive Bloomington, IL 61704 | | | | | |
| | Runge Paper Company, Inc. 2201 Arthur Avenue Elk Grove Village, IL 60007-6024 | | | | | |
| | Sign Works, Inc. 584 County Line Road Bensenville, IL 60106-3201 | | | | | |
| | z baking company 6160 Oakton Avenue Morton Grove, IL 60053 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | ASSET MANAGEMENT PARTNERS INC | | | | | |
| 14 | BRIAN VOSSELLER | | | | | |
| 2 | BRIAN VOSSELLER | | | | | |
| 17 | C.H. ROBINSON WORLDWIDE, INC | | | | | |
| 1 | CHICAGO PASTRY INC | | | | | |
| 12a | DEPARTMENT OF TREASURY-INTERNAL REV | | | | | |
| 9 | DOMINIC & MARKATTE VERLOTTA | | | | | |
| 13a | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 4 | JAMES YEE | | | | | |
| 16 | JOHN AND NANCY HARMON | | | | | |
| 15 | N & L MILLER FAMILY LIMITED PARTNER | | | | | |
| 3 | RICHARD H JUNG | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | ROBERT YEE | | | | | |
| 5 | ROBERT YEE | | | | | |
| 6 | STEVEN KAJITA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-16601 | CAD | Judge: CAROL A. DOYLE | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | COOKIES FRESCO, CORP. | | | Date Filed (f) or Converted (c): | 06/19/13 (c) |
| | | | | 341(a) Meeting Date: | 07/16/13 |
| For Period Ending: | 03/26/15 | | | Claims Bar Date: | 12/06/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. $300.00 Cash Location: 580 N. Michigan St., Elmhurst IL 60126 | 300.00 | 300.00 | | 0.00 | FA |
| 2. Bank of America | 100.00 | 100.00 | | 0.00 | FA |
| 3. MB Financial | 100.00 | 100.00 | | 0.00 | FA |
| 4. Commonwealth Edison Deposit with Landlord Elmhurst Asset Management Partners L/P | Unknown | 0.00 | | 0.00 | FA |
| 5. Walmart Lobster Gram Location: 580 N. Michigan St., Elmhurst IL 60126 | Unknown | 0.00 | | 0.00 | FA |
| 6. Computer and Printer Location: 580 N. Michigan St., Elmhurst IL 60126 | 300.00 | 300.00 | | 0.00 | FA |
| 7. Printer, Computer, Etc Business 580 Michigan | Unknown | 0.00 | | 0.00 | FA |
| 8. Ovens, Coolers, Freezers, Tables and Baking Equiptment Location: 580 N. Michigan St., Elmhurst IL 60126 | 100,000.00 | 100,000.00 | | 10,375.00 | FA |
| 9. Flour and Baking Ingredients, Packaging Boxes | 5,000.00 | 5,000.00 | | 0.00 | FA |
| **TOTALS (Excluding Unknown Values)** | **$105,800.00** | **$105,800.00** | | **$10,375.00** | **Gross Value of Remaining Assets $0.00** (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Liquidated assets in store. Reviewing transfers & related issues.

Motion to Employ Accountant for tax returns granted on 12/18/2013. Tax returns pending.

Successor Trustee appointed 4/16/14

TFR submitted to UST

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 18.04

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-16601    CAD    Judge: CAROL A. DOYLE | Trustee Name:    BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | COOKIES FRESCO, CORP. | Date Filed (f) or Converted (c):    06/19/13 (c) |
| | | 341(a) Meeting Date:    07/16/13 |
| | | Claims Bar Date:    12/06/13 |

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-16601 -CAD | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | COOKIES FRESCO, CORP. | Bank Name: | Green Bank |
|  |  | Account Number / CD #: | *******0101 Checking Account |
| Taxpayer ID No: | *******1602 |  |  |
| For Period Ending: | 03/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/01/13 | 8 | American Auction Associates, Inc. 8515 S. Thomas Ave. Bridgeview, IL 60455 | Sale proceeds | 1129-000 | 10,375.00 |  | 10,375.00 |
| 08/26/13 | 003001 | American Auction Associates, Inc. 8515 South Thomas Avenue Bridgeview, IL 60455 | Reimbursement of expenses from auction on 7/24/2013<br>3620-000    $-2,690.00 | 3620-000 |  | 2,690.00 | 7,685.00 |
| 08/30/13 |  | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 16.72 | 7,668.28 |
| 09/30/13 |  | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 11.17 | 7,657.11 |
| 10/31/13 |  | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 12.35 | 7,644.76 |
| 11/29/13 |  | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 12.33 | 7,632.43 |
| 12/31/13 |  | Green Bank US Trustee Services 2900 North Loop West, Suite 200 Houston, TX 77092 | Bank Service Fee | 2600-000 |  | 11.91 | 7,620.52 |
| 01/31/14 |  | Green Bank US Trustee Services 2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 |  | 13.09 | 7,607.43 |

Page Subtotals        10,375.00        2,767.57

Ver: 18.04

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-16601 -CAD | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: COOKIES FRESCO, CORP. | Bank Name: Green Bank |
| | Account Number / CD #: *******0101  Checking Account |
| Taxpayer ID No: *******1602 | |
| For Period Ending: 03/26/15 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/14 | | Houston, TX  77092 Green Bank US Trustee Services 2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 11.08 | 7,596.35 |
| 03/31/14 | | Houston, TX  77092 Green Bank US Trustee Services 2900 North Loop West, Suite 200 | Bank Service Fee | 2600-000 | | 11.46 | 7,584.89 |
| 04/02/14 | 003002 | Houston, TX  77092 INTERNATIONAL SURETIES, LTD 701 POYDRAS STREET SUITE 420 NEW ORLEANS, LA  70139 | Blanket bond #016026455  2/01/14 to 2/10/15             2300-000        $-6.29 | 2300-000 | | 6.29 | 7,578.60 |
| 04/30/14 | | Green Bank | Bank Service Fee | 2600-000 | | 10.65 | 7,567.95 |
| 05/02/14 | | Transfer to Acct #*******1772 | Bank Funds Transfer | 9999-000 | | 7,567.95 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 10,375.00 | 10,375.00 | 0.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 7,567.95 | |
| Subtotal | | 10,375.00 | 2,807.05 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 10,375.00 | 2,807.05 | |

Page Subtotals        0.00        7,607.43

Ver: 18.04

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2                                                                                              Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                       Exhibit 9

| Case No: | 13-16601 -CAD | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | COOKIES FRESCO, CORP. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1772 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1602 | | | |
| For Period Ending: | 03/26/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/02/14 | | Transfer from Acct #*******0101 | Bank Funds Transfer | 9999-000 | 7,567.95 | | 7,567.95 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.25 | 7,556.70 |
| 11/20/14 | 010001 | Office of the U.S. Trustee<br>219 South Dearborn St.<br>Room 873<br>Chicago, IL 60604 | Claim 7, Payment 100.00000% | 2950-000 | | 325.00 | 7,231.70 |
| 11/20/14 | 010002 | David E. Grochocinski<br>1900 Ravinia Place<br>Orland Park, IL 60462 | Trustee Compensation | 2100-000 | | 1,787.50 | 5,444.20 |
| 11/20/14 | 010003 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,080.00 | 3,364.20 |
| 11/20/14 | 010004 | InnovaLaw, PC<br>1900 Ravinia Palce<br>Orland Park, IL 60462 | Attorney for Trustee Expenses (Trus | 3120-000 | | 88.06 | 3,276.14 |
| 11/20/14 | 010005 | Alan D. Lasko & Associates, P.C.<br>29 S. LaSalle St.<br>Chicago, IL 60603 | Accountant for Trustee Fees (Other | 3410-000 | | 2,500.00 | 776.14 |
| 11/20/14 | 010006 | Alan D. Lasko & Associates, P.C.<br>29 S. LaSalle St.<br>Chicago, IL 60603 | Accountant for Trustee Fees (Other | 3420-000 | | 60.52 | 715.62 |
| 11/20/14 | 010007 | RL Food Testing Laboratory, Inc.<br>1508 Silver Shadow Drive<br>Newbury Park, CA 91320 | Claim 11, Payment 4.10667% | 5800-000 | | 30.80 | 684.82 |
| 11/20/14 | 010008 | Department of Treasury-Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19114 | Claim 12, Payment 4.10695% | 5800-000 | | 540.20 | 144.62 |
| 11/20/14 | 010009 | Illinois Department Of Revenue<br>Bankruptcy Section | Claim 13, Payment 4.10699% | 5800-000 | | 144.62 | 0.00 |

Page Subtotals        7,567.95        7,567.95

Ver: 18.04

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-16601 -CAD | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | COOKIES FRESCO, CORP. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1772  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1602 | | |
| For Period Ending: | 03/26/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P. O. Box 64338<br>Chicago, IL  606640338 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,567.95 | 7,567.95 | 0.00 |
| Less:  Bank Transfers/CD's | 7,567.95 | 0.00 | |
| Subtotal | 0.00 | 7,567.95 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 7,567.95 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0101 | 10,375.00 | 2,807.05 | 0.00 |
| Checking Account (Non-Interest Earn - ********1772 | 0.00 | 7,567.95 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,375.00 | 10,375.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00              0.00

Ver: 18.04

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*